

**LAW OFFICES OF**
*LOUIS D. STOBER, JR., L.L.C.*

98 FRONT STREET
MINEOLA, NEW YORK 11501

LOUIS D. STOBER, JR

ALYSSA F. BOMZE†

† OF COUNSEL
†ADMITTED IN NY & NJ

WEBSITE: WWW.STOBERLAW.COM
Tel: (516) 742-6546
FAX: (516) 742-8603*
* NOT FOR SERVICE OF PROCESS

December 30, 2020

**ORIGINAL FILED VIA ECF**
Honorable Stephen I. Locke, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   Gurrieri et al. v. County of Nassau Index No.: 16-cv-6983 (ADS)(SIL)

Dear Judge Locke:

    I am writing on consent of all counsel requesting a telephone conference so we can understand the over all procedure of how you want the motion to approve the FLSA settlement to proceed and what you require as far as documentation, notices etc. I want the process to proceed as smoothly as possible and believe that a few minutes of your time now before we submit the motion would be much better than having to correct any errors or omissions later.

Very truly yours,

*Louis D. Stober, Jr.*
LOUIS D. STOBER, JR. (LS-9318)

Cc:   Deanna Darlene Panico, Esq. Via ECF

