| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 3/24/2021 |
| U.S. MAGISTRATE JUDGE | TIME: 10:30 am |

CASE:  **CV 16-6983 (GRB) Gurrieri et al v. County of Nassau et al**

TYPE OF CONFERENCE:   STATUS     FTR:

APPEARANCES:
  For Plaintiff:   Louis Stober

  For Defendant: Deanna Panico

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   Status conference held.  Defendant's oral motion to extend the time to conclude the revisions to the parties' settlement agreement another 30 days is granted.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

    4/28/21 at 11:00 am          : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge