

LAW OFFICES OF
# LOUIS D. STOBER, JR., L.L.C.

98 FRONT STREET
MINEOLA, NEW YORK 11501

LOUIS D. STOBER, JR
_____

ALYSSA F. BOMZE†
_____

†ADMITTED IN NY & NJ

WEBSITE: WWW.STOBERLAW.COM
TEL: (516) 742-6546
FAX: (516) 742-8603*

* NOT FOR SERVICE OF PROCESS

June 28, 2021

**ORIGINAL VIA ECF**
Honorable Gary R. Brown, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re: **Gurrieri et al v. County of Nassau et al 16-CV-6983(GRB)(SIL) : Motion for Approval of FLSA Settlement + in Support of Stipulation for Discontinuance**

Dear Judge Brown:

This letter is to advise the Court that the following amendment is being made to our April 26, 2021 Cheeks motion, Docket Number 119. As can be seen by the attachment hereto, an error was made in the calculations of the amounts to be paid to each "Separated", i.e., In-Active, Opt In, that is, those members who had separated from service with the County prior to the date of the mediation on December 4, 2020. In analyzing the information sheets provided by the County, the wrong determination was made on the number of years certain separated members were placed in the wrong monetary group based on erroneous information on when they had left County service.

This has now been corrected and the enclosed sheet represents the correct amount to be paid to each In-Active Opt In and should be substituted for the prior separated Opt Ins sheets on the April 26, 2021 Cheeks motion, Stipulation of Settlement, Exhibit "A", IN-ACTIVE EMPLOYEES (Docket Number 119-1, pages 20-22). Due to the recalculation, the amount of money that will be paid to the In-Active Employees will be $310,000 rather than $302,000. To account for that $8,000 error, I have agreed to reduce my legal fee by $8,000 to cover that sum. Therefore, my legal fee will be $992,000 instead of $1,000,000. (Note: I have well over that sum in legal fees and can provide my timesheets if the Court requests but I was advised by the Court


LAW OFFICES OF
LOUIS D. STOBER, JR. L.L.C.

this was not necessary). Therefore, this correction will have no impact on the County whatsoever.

    I thank this Court for its time and consideration with respect to this matter and this correction.

> Very truly yours,
> *Louis D. Stober, Jr.*
> LOUIS D. STOBER, JR. (LS-9318)

Enc.