# EXHIBIT A

# INACTIVE EMPLOYEES

## Changes to Gurrieri lawsuit

From:   Kris Kalender <kkalender@csea830.org>
Sent:   Fri, Jun 25, 2021 at 9:56 am
To:       lstober@stoberlaw.com

Final Gurrieri FLSA Payment Separated.pdf (302 KB)      FINAL Gurrieri FLSA Fact Sheet.pdf (544 KB)
FINAL Gurrieri FLSA Payment.pdf (617.4 KB)   **— Download all**

Lou,

Changes were made to the payout of the "separated class" for the Gurrieri lawsuit.

The date of the settlement being approved was the determination between the separated class vs active class.

Each member who had opted in, and who was separated from service as of the date the mediation is to receive $2,000 for each year they were involved in the lawsuit.

Groups were determined based on sheets provided by the county. While analyzing sheets, the wrong determination was made on the number of years involved causing them to be placed in an incorrect grouping.

After disseminating the fact sheet to the members, it was brought to my attention that members were incorrectly placed in the groups they'd been placed in.

After further review, and additional research, the list for the separated individuals has been amended.

Due to people changing groups, and some getting placed in a higher group, monetary changes have resulted in an additional $8,000.00. This brings the old total for the separated class from $302,000 to the new total of $310,000.

Everyone in the suit is extremely grateful for you agreeing to cover it out of your attorney fees. It shows why we have the best regional attorney in CSEA!

I apologize to you for any inconvenience this may cause.

Please let me know if I can assist any further.

Thank you!

_____
Kris Kalender EMT-P, CIC
President, Police Medic Unit
Vice President, CSEA Local 830
516-464-CSEA (2732) ext. 127
**-Union Strong-**

CONFIDENTIALITY NOTICE: All material contained in this e-mail, including attachments, is privileged and intended solely for the person to whom the e-mail has been addressed. This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by a work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding,

printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

| Name | Count | Amount |
|---|---|---|
| CRAIG DEMEO A | 1 | $2,000.00 |
| HENRY BAUMANN | 1 | $2,000.00 |
| SEAN FINNEGAN F | 1 | $2,000.00 |
| THOMAS GAYNOR J | 1 | $2,000.00 |
| MICHAEL GELBIEN A | 1 | $2,000.00 |
| PATRICIA MODICA | 1 | $2,000.00 |
| RICHARD CAMINARI B | 1 | $2,000.00 |
| MARYELLEN HUMPHREY | 1 | $2,000.00 |
| FRANK DECHIRICO | 1 | $2,000.00 |
| ROBERT MANGANO | 1 | $2,000.00 |
| MICHAEL SIARKOWICZ | 1 | $2,000.00 |
| CRISTINA GOMEZ | 2 | $4,000.00 |
| SCOTT FIERTNER | 2 | $4,000.00 |
| DOUGLAS BREYER | 2 | $4,000.00 |
| DONNA CUOMO | 2 | $4,000.00 |
| WILLIAM EAGEN J | 2 | $4,000.00 |
| HOWARD BARTONE L | 2 | $4,000.00 |
| ROY MEZZAPELLE J | 2 | $4,000.00 |
| GERARD SIKORSKI F | 2 | $4,000.00 |
| ANDREW TEDESCO J | 2 | $4,000.00 |
| LAWRENCE SHAPIRO H | 2 | $4,000.00 |
| JAMES GILLILAND | 2 | $4,000.00 |
| CHARLES MACKIE R | 2 | $4,000.00 |
| JOHN MILTON T | 2 | $4,000.00 |
| PATRICK COYNE J | 2 | $4,000.00 |
| LEE GOLDMAN B | 3 | $6,000.00 |
| MADELINE PALLADINO S | 3 | $6,000.00 |
| RICHARD RUNG D | 3 | $6,000.00 |
| MICHAEL BONO T | 3 | $6,000.00 |
| RONALD KAHL | 3 | $6,000.00 |
| ALEX RUBINO | 3 | $6,000.00 |
| JESSICA KAHAN | 3 | $6,000.00 |
| THOMAS LAGREGA A | 4 | $8,000.00 |
| MARY ELIZ. HEFFERNAN | 4 | $8,000.00 |
| PETER TIMINELLI | 4 | $8,000.00 |
| VALENTINA KALMETA | 4 | $8,000.00 |
| THOMAS MALONE | 4 | $8,000.00 |
| SCOTT SEALES | 4 | $8,000.00 |
| BRIAN FERRUCCI | 4 | $8,000.00 |
| STEVEN GERARDI M | 5 | $10,000.00 |
| CHRISTINA COSENTINO J | 5 | $10,000.00 |
| PETER SHERMAN J | 5 | $10,000.00 |
| JOSEPH BRUNNER A | 5 | $10,000.00 |

| Name | | |
|---|---|---|
| JACQUE AMBADJES G | 5 | $10,000.00 |
| CATHY BAUGHAN A | 5 | $10,000.00 |
| CARMINE PESCATORE C | 5 | $10,000.00 |
| NANCY HAWES L | 5 | $10,000.00 |
| MATTHEW OCONNOR C | 5 | $10,000.00 |
| AL KEIM | 5 | $10,000.00 |
| JOSEPH MINER I | 5 | $10,000.00 |
| DANIEL PIGNATARO C | 5 | $10,000.00 |
| JACQUELINE COHEN P | 5 | $10,000.00 |
| | | $310,000.00 |